UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ALCANTARA ZAMUDIO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, F.C.I. MENDOTA,<br><br>Respondent. | No. 1:23-cv-00788-ADA-SKO (HC)<br><br>**ORDER GRANTING PETITIONER'S MOTION TO CORRECT PETITIONER'S NAME**<br><br>**ORDER DIRECTING CLERK OF COURT TO CHANGE PETITIONER'S NAME ON CASE DOCKET**<br><br>**ORDER DIRECTING CLERK OF COURT TO RE-SERVE FINDINGS AND RECOMMENDATION ON PETITIONER** |

Petitioner is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 31, 2023, the Court issued Findings and Recommendation to dismiss the petition. (Doc. 6.) On June 1, 2023, Petitioner filed the instant motion to correct his name on court records. (Doc. 8.) Petitioner states his name is "Martin Alcantara Zamudio" but Court records have his name as "Martin Zamudio Alcantara." Petitioner's motion will be granted. In the event Petitioner may not have received the Findings and Recommendation due to this error, the Findings and Recommendation will be re-served on Petitioner. In addition, the time to file objections will be reset as of the date of service of this Order.

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion to correct his name on Court records (Doc. 8) is GRANTED;

2) The Clerk of Court is DIRECTED to change Petitioner's name on the Court docket from "Martin Zamudio Alcantara" to "Martin Alcantara Zamudio";

3) The Clerk of Court is DIRECTED to serve the Findings and Recommendation issued on May 31, 2023, (Doc. 6), on Petitioner utilizing his corrected name; and

4) Petitioner is GRANTED twenty-one (21) days from the date of service of this Order to file objections.

IT IS SO ORDERED.

Dated:   **June 6, 2023**                              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE