UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ALCANTARA ZAMUDIO,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN F.C.I. MENDOTA,<br><br>Respondent. | No. 1:23-cv-00788-ADA-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES<br><br>(ECF No. 6) |

Petitioner Martin Alcantara Zamudio is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 31, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court dismiss the petition as unexhausted. (ECF No. 6.) The findings and recommendations contained notice that Plaintiff had twenty-one days within which to file objections. (*Id.*) On June 1, 2023, Petitioner filed a motion to correct his name on court records. (ECF No. 8.) On June 6, 2023, the Magistrate Judge granted Petitioner's motion and re-served the findings and recommendations on Petitioner using the corrected name. (ECF No. 9.) Considering the nature of the correction, the Magistrate Judge reset the deadline for filing objections. (*Id.*) Over two months have now passed, and Petitioner has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

In the event a notice of appeal is filed, a certificate of appealability will not be required because this is an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of a state court.  *See Forde v. U.S. Parole Comm'n*, 114 F.3d 878, 879 (9th Cir. 1997).

Accordingly,

1. The findings and recommendations issued on May 31, 2023, (ECF No. 6), are adopted in full;
2. The petition for writ of habeas corpus is dismissed without prejudice; and
3. The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   August 17, 2023                                    _____
                                                                              UNITED STATES DISTRICT JUDGE